IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR30 |
| | ) | 8:03CR552 |
| v. | ) | |
| | ) | |
| JOSE PENA-MENA, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, case 8:03cr552 is reassigned to Chief District Judge Joseph F. Bataillon for disposition.

DATED this 1st day of March, 2011.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE